UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>NORA SOFIA ESCALANTE, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 2:14-cr-00285-GMN-CWH<br><br>**ORDER** |

Pending before the Court is Defendant Nora Sofia Escalante's Motion for Reduction of Sentence under Amendment 782. (ECF No. 58).  On April 6, 2015, Defendant pled guilty to Count One of the Superseding Indictment of Conspiracy to Distribute a Controlled Substance - Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B)(viii). (ECF No. 41–42).  On August 13, 2015, the Court imposed a sentence of 60 months in custody, along with four years of supervised release. (ECF No. 55–56).

In her motion, Defendant requests a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 782. (ECF No. 58).  Amendment 782 became effective November 1, 2014.  Defendant was sentenced using the 2014 Sentencing Guidelines, which already incorporated Amendment 782.  Accordingly, the Court finds that Defendant is ineligible for a sentence reduction under Amendment 782.

**IT IS HEREBY ORDERED** that Defendant's Motion for Reduction of Sentence (ECF No. 58) is **DENIED**.

DATED this  14  day of January, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court