UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:14-cr-00285-GMN-CWH-1 |
| vs. ) | |
| ) | **ORDER** |
| NORA SOFIA ESCALANTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is Defendant Nora Sofia Escalante's Motion for a Sentence Reduction under Amendment 782 of 18 U.S.C. § 3582(c)(2). (ECF No. 60).  Defendant requests retroactive application of Amendment 782; however, as previously explained in the Court's Order dated January 14, 2016 (ECF No. 59), Defendant was sentenced after the Amendment became effective.  Defendant's boilerplate motion incorrectly states the effective date as being November 1, 2015.  However, the Commission specified an effective date of November 1, 2014.  The 2015 date merely refers to the start date when the Bureau of Prisons may begin to release inmates, not the effective date of the Amendment for the purpose of sentencing calculations.  Therefore, during Defendant's August 13, 2015 sentencing hearing, Defendant received the relief now being requested.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for a Sentence Reduction under Amendment 782 (ECF No. 60) is **DENIED**.

**DATED** this __28__ day of April, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court